149887

# DIVIDENDS REMITTED TO THE COURT
Check Number 107 Dated 02/26/10
Case Number 08-16257 - HARRIS, NEIL A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| University Hospitals Medical Group<br>P.O. Box 74116<br>Cleveland, OH 44194<br>   3655 | 000001 | 29.09 | 1.08 |
| ---------- Remittance Total ---------- | | 29.09 | 1.08 |

ck 107

_____
DAVIS, STEVEN S., Trustee

FILED 2010 MAR -1 PM 2:55
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND